**STATE of Iowa, Appellee,**

v.

**Clarence L. SIMONS, Appellant.**

**No. 56219.**

Supreme Court of Iowa.

June 26, 1974.

Lee J. Farnsworth, Denison, for appellant.

Richard C. Turner, Atty. Gen., Raymond W. Sullins, Asst. Atty. Gen., and David E. Green, County Atty., for appellee.

Submitted to MOORE, C. J., and MASON, REES, REYNOLDSON and McCORMICK, JJ.

PER CURIAM.

Defendant was charged, tried and convicted of the crime of operating a motor vehicle while under the influence of an alcoholic beverage in violation of Code section 321.281. Defendant has appealed from sentence thereon. We affirm.

By stipulation of the parties this appeal is considered and decided on the clerk's transcript of the trial court's proceedings. Our view thereof reveals no ground for reversal.

Affirmed. See rule 348.1, Rules of Civil Procedure.

**Dorothy M. KANE, Appellee,**

v.

**Leland REISS, Appellant.**

**No. 56037.**

Supreme Court of Iowa.

June 26, 1974.

Rehearing Denied July 29, 1974.

Arthur O. Leff, Iowa City, for appellant.

Marion R. Neely, Iowa City, and Allan J. Bergren, Boone, for appellee.

Heard by MOORE, C. J., and MASON, REES, REYNOLDSON, and McCORMICK, JJ.

PER CURIAM.

Affirmed. See rule 348.1, Rules of Civil Procedure.